UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LIMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>REX LUMBER COMPANY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 05-11276-WGY<br>)<br>)<br>)<br>)<br>) |

**RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Defendant Rex Lumber Company, Inc., by its undersigned attorneys, hereby states that it is wholly owned by Rex Lumber Company LLP and that no publicly-held company owns 10% or more of its stock.

                                            Respectfully submitted,

                                            **REX LUMBER COMPANY, INC.**

                                            By its attorneys,

                                            /s/ Brian P. Pezza
                                            Katherine A Hesse, Esq. BBO# 232540
                                            Brian P. Pezza, Esq. BBO# 651076
                                            MURPHY, HESSE, TOOMEY & LEHANE
                                            300 Crown Colony Drive, Suite 410
                                            Quincy, MA 02169
                                            (617) 479-5000 (phone)
                                            (617) 479-6469 (fax)

Dated: August 2, 2005