UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LIMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>REX LUMBER COMPANY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11276-WGY<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearances of Brian P. Pezza, Esq. of Murphy, Hesse, Toomey & Lehane, LLP as Counsel on behalf of Defendant Rex Lumber Company, Inc. the above-captioned matter.

    Respectfully submitted,

    /s/ Brian P. Pezza
    Brian P. Pezza, Esq. BBO# 651076
    MURPHY, HESSE, TOOMEY & LEHANE
    300 Crown Colony Drive, Suite 410
    P.O. Box 9126
    Quincy, MA 02169
    (617) 479-5000 (phone)
    (617) 479-6469 (fax)

Dated: August 2, 2005