UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LIMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>REX LUMBER COMPANY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)  CIVIL ACTION NO. 05-11276-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearances of Katherine A. Hesse, Esq. of Murphy, Hesse, Toomey & Lehane, LLP as Counsel on behalf of Defendant Rex Lumber Company, Inc. the above-captioned matter.

                                                            Respectfully submitted,

                                                            /s/ Katherine A. Hesse_____
                                                            Katherine A. Hesse, Esq. BBO# 232540
                                                           MURPHY, HESSE, TOOMEY & LEHANE
                                                           300 Crown Colony Drive, Suite 410
                                                           P.O. Box 9126
                                                           Quincy, MA 02169
                                                           (617) 479-5000 (phone)
                                                           (617) 479-6469 (fax)

Dated: August 15, 2005