UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11276 WGY

```
*********************************
JOSEPH LIMBERT,                 *
     Plaintiff                  *
                                *
    v.                          *
                                *
REX LUMBER COMPANY,             *
     Defendant                  *
*********************************
```

## JOINT PRETRIAL STATEMENT

The parties in the above-captioned matter hereby submit their Joint Pretrial Statement in connection with the scheduling conference.

I.  <u>Joint Discovery Plan</u>

   The parties have agreed to the following discovery schedule:

   A. Initial disclosures completed by October 31, 2005;

   B. All discovery requests served and depositions to be noticed by March 31, 2006;

   C. All fact discovery completed by May 31, 2006;

   D. Plaintiff's expert and expert report, if any, to be disclosed by May 15, 2006;

   E. Defendant's expert and expert report, if any, to be disclosed by June 15, 2006; and

    F.    All expert depositions to be completed by July 15, 2006.

II.    <u>Schedule for Filing of Dispositive Motions</u>

    A.    Rule 56 motion served and filed by August 15, 2006; and

    B.    Opposition to Rule 56 motion served and filed by September 15, 2006.

III.    <u>Possible Trial By Magistrate Judge</u>

The parties do not consent to trial by a Magistrate Judge.

IV.    <u>Certification Pursuant to Local Rule 16.1(D)(3)</u>

The parties will submit certifications in compliance with Local Rule 16.1(D)(3)

**FOR PLAINTIFF:**      **FOR DEFENDANT:**

/s/ Scott A. Lathrop      /s/ Brian P. Pezza

_____    _____

Scott A. Lathrop, Esq. (BBO #287820)    Katherine A. Hesse, Esq. BBO #232540
Scott A. Lathrop & Associates    Brian P. Pezza, Esq. BBO #651076
122 Old Ayer Road    MURPHY, HESSE, TOOMEY & LEHANE
Groton, MA 01450    300 Crown Colony Drive, Suite 410
(978) 448-8234    Quincy, MA 02169
    (617) 479-5000

Dated: October 7, 2005