UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LIMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>REX LUMBER COMPANY, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 05-11276-WGY |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Rex Lumber Company, Inc. hereby certifies that it has conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
REX LUMBER COMPANY, INC.

By: _____
    Authorized Representative

By their attorneys,

/s/ Brian P. Pezza
Katherine A. Hesse, Esq. BBO# 232540
Brian P. Pezza, Esq. BBO# 651076
MURPHY, HESSE, TOOMEY & LEHANE
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02169
(617) 479-5000 (phone)
(617) 479-6469 (fax)

Dated: October 11, 2005