UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11276 WGY

```
*********************************
JOSEPH LIMBERT,                  *
        Plaintiff                *
                                 *
v.                               *
                                 *
REX LUMBER COMPANY,              *
        Defendant                *
*********************************
```

YOUNG, D.J. /as modified
So ordered as the case management
scheduling order.
Discovery due July 15, 2006
Dispositive Motions due Aug 15, 2006

William G. Young
U.S. District Judge

**JOINT PRETRIAL STATEMENT**

The parties in the above-captioned matter hereby submit their Joint Pretrial Statement in connection with the scheduling conference.

I.   Joint Discovery Plan

The parties have agreed to the following discovery schedule:

   A.   Initial disclosures completed by October 31, 2005;

   B.   All discovery requests served and depositions to be noticed by March 31, 2006;

   C.   All fact discovery completed by May 31, 2006;

   D.   Plaintiff's expert and expert report, if any, to be disclosed by May 15, 2006;

   E.   Defendant's expert and expert report, if any, to be disclosed by June 15, 2006; and

1

  F. All expert depositions to be completed by July 15, 2006.

II. <u>Schedule for Filing of Dispositive Motions</u>

  A. Rule 56 motion served and filed by August 15, 2006; and

  ~~B. Opposition to Rule 56 motion served and filed by September 15, 2006.~~ *N/A*

III. <u>Possible Trial By Magistrate Judge</u>

The parties do not consent to trial by a Magistrate Judge.

IV. <u>Certification Pursuant to Local Rule 16.1(D)(3)</u>

The parties will submit certifications in compliance with Local Rule 16.1(D)(3)

| **FOR PLAINTIFF:** | **FOR DEFENDANT:** |
|---|---|
| /s/ Scott A. Lathrop | /s/ Brian P. Pezza |
| Scott A. Lathrop, Esq. (BBO #287820)<br>Scott A. Lathrop & Associates<br>122 Old Ayer Road<br>Groton, MA 01450<br>(978) 448-8234 | Katherine A. Hesse, Esq. BBO #232540<br>Brian P. Pezza, Esq. BBO #651076<br>MURPHY, HESSE, TOOMEY & LEHANE<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>(617) 479-5000 |

Dated: October 7, 2005

2