UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LIMBERT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-11276-WGY |
| REX LUMBER COMPANY, INC., | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael F.X. Dolan, Jr. of Murphy, Hesse, Toomey & Lehane, LLP as counsel on behalf of Defendant Rex Lumber Company, Inc. the above-captioned matter in addition to Katherine A. Hesse and Brian P. Pezza.

Respectfully submitted,

/s/ Michael F.X. Dolan, Jr.
Michael F.X. Dolan, Jr. BBO# 565876
mdolan@mhtl.com
MURPHY, HESSE, TOOMEY & LEHANE
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02169
(617) 479-5000 (phone)
(617) 479-6469 (fax)

Dated: October 17, 2005