UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11276 WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOSEPH LIMBERT,                    \*
    Plaintiff                      \*
                                        \*

v.                                 \*
                                        \*

REX LUMBER COMPANY,                \*
    Defendant                      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LOCAL RULE 16.1(D) CERTIFICATE

Joseph Limbert, a party to the above-referenced action, and Scott A. Lathrop hereby certify that we have conferred:

(a) with a view to establish budget for the cost of conducting the full course, and alternative courses, of the litigation; and,

(b) to consider the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

_____
Joseph Limbert

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: 10/18/05

1

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Certificate on the opposing party by mailing this day a copy to the last known address of his, her or its Attorney of Record.

Dated: 10/18/05

Scott A. Lathrop