UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LIMBERT,<br>  Plaintiff,<br><br>v.<br><br>REX LUMBER COMPANY,<br>  Defendant. | C.A. No. 05-11276WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their duly authorized counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above entitled action, including all claims asserted therein, be and hereby is dismissed with prejudice, with each party bearing its own costs and attorneys' fees, and waiving all rights of appeal.

| JOSEPH LIMBERT. | REX LUMBER COMPANY |
|---|---|
| By his attorney, | By their attorneys, |
| *(signature)* | *(signature)* |
| Scott A. Lathrop (BBO# 287820)<br>Scott A. Lathrop & Associates<br>122 Old Ayer Road<br>Groton, MA 01450<br>978-448-8234 | Katherine A. Hesse (BBO # 232540)<br>Brian P. Pezza (BBO #651076)<br>Murphy, Hesse, Toomey & Lehane, LLP<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>(617) 479-5000 |

G:\WORDDOCS\B_pezza\Client Folders\Rex Lumber-Limbert\Draft Settlement Agt.doc